# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: NORAIL TRAVIESO RIVERA

Bkrtcy. No. 11-03676-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Apr 29, 2011 | Meeting Date: Jun 09, 2011 | DC Track No. 19 |
| Days from petition date: 41 | Meeting Time: 1:00 PM | |
| 910 Days before Petition: 10/31/2008 | ☐ Chapter 13 Plan Date: Apr 29, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $9,000.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Jul 12, 2011 | Time: 9:00 AM |

Payment(s) ☐ Received or ☒ Evidence shown at meeting:
Ck/MO No. 1142   Date: June 8, 2011   Amount: 150.00   Total Paid In: $0.00

### I. Appearances: ☐ Telephone ☐ Video Conference   ☐ Creditor(s) present:  ☒ None.
- ☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were  ☒ Examined  ☐ Not Examined under oath.
- Attorney for Debtor(s)  ☒ Present  ☐ Not Present
- ☐ Substitute attorney:  ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement   Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $306.00   Outstanding: $2,694.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:  ☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are)  ☐ Under  ☒ Above Median Income.   Liquidation Value: $3,434.00
- Commitment Period is  ☐ 36  ☒ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: 0

7.65% The Trustee ☐ RECOMMENDS ☒ OBJECTS  Plan confirmation.

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: ____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☒ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:

Debtor will amend Schedule I to include Christmas Bonus.

Debtor will submit the paystubs for December 31, 2010. Debtor must amend Schedule B to list vehicle value as determined during meeting.

/s/ José R. Carrión
Trustee   Presiding Officer   Page 1 of 2   Date: Jun 09, 2011

Case No. 11-03676

**ADDITIONAL OBJECTIONS / COMMENTS:**

Debtor must amend the Mean Test to eliminate from line 43 the payment to AEELA because Debtor is surrendering the shares.

Trustee / Presiding Officer

Page 2 of 2

Date: June 9, 2011